1  THOMAS P. O'BRIEN
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   VALERIE L. MAKAREWICZ
4  Special Assistant United States Attorney
   SBN 229637
5    Room 7211, Federal Building
     300 North Los Angeles Street
6    Los Angeles, California  90012
     Telephone:  (213) 894-2729
7    Facsimile:  (213) 894-0115
     Email: valerie.makarewicz@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                      WESTERN DIVISION

13

14 UNITED STATES OF AMERICA,    ) Case No. CV 08-03519 DDP (AGRx)
                                )
15              Petitioner,     ) ORDER TO SHOW CAUSE
                                )
16      vs.                     )
                                )
17 JAMIE CANEZ,                 )
                                )
18              Respondent.     )
   _____)
19

20      Upon the Petition and supporting Memorandum of Points and

21 Authorities, and the supporting Declaration to the Petition, the

22 Court finds that Petitioner has established its *prima facie* case

23 for judicial enforcement of the subject Internal Revenue Service

24 ("IRS" and "Service") summons.  *See* United States v. Powell, 379

25 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

26 Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

27 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

28 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

                                1

1   1995) (the Government's *prima facie* case is typically made
2   through the sworn declaration of the IRS agent who issued the
3   summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233
4   (9th cir. 1993).
5       **THEREFORE**, **IT IS ORDERED** that Respondent appear before this
6   District Court of the United States for the Central District of
7   California in Courtroom No. 3,

8   __X__   United States Courthouse
            312 North Spring Street,
9           Los Angeles, California 90012

10

11  ____    Roybal Federal Building and United States Courthouse
            255 E. Temple Street,
12          Los Angeles, California 90012

13

14  ____    Ronald Reagan Federal Building and United States Courthouse
            411 West Fourth Street,
15          Santa Ana, California 92701

16

17  ____    Brown Federal Building and United States Courthouse
            3470 Twelfth Street, Riverside, California 92501
18

19  on August 18, 2008, at 10:00 a.m. and show cause why the
20  testimony and production of books, papers, records and other data
21  demanded in the subject Internal Revenue Service summons should
22  not be compelled.
23      **IT IS FURTHER ORDERED** that copies of this Order, the
24  Petition, Memorandum of Points and Authorities, and accompanying
25  Declaration be served promptly upon Respondent by any employee of
26  the Internal Revenue Service or by the United States Attorney's
27  Office, by personal delivery or by certified mail.
28

1 **IT IS FURTHER ORDERED** that within ten (10) days after
2 service upon Respondent of the herein described documents,
3 Respondent shall file and serve a written response, supported by
4 appropriate sworn statements, as well as any desired motions.
5 If, prior to the return date of this Order, Respondent files a
6 response with the Court stating that Respondent does not desire
7 to oppose the relief sought in the Petition, nor wish to make an
8 appearance, then the appearance of Respondent at any hearing
9 pursuant to this Order to Show Cause is excused, and Respondent
10 shall be deemed to have complied with the requirements of this
11 Order.
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This 9th day of July, 2008

_____
DEAN D. PREGERSON
United States District Judge

Presented By:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
VALERIE L. MAKAREWICZ
Special Assistant United States Attorney
Attorneys for United States of America
Petitioner